Hah, Judge.
 

 The first reason for arresting'thejudgment is, that debt will not lie upon the Defendant’s liability, as surely for the stay of the execution. Such' suretyship is tantamount to a judgment, because execution may issue upon it against the surety, and he is as
 
 *379
 
 much bound as the principal, and for Unit reason assump-
 
 sit
 
 will not lie against either,, in case the judgment became dormant,
 
 (Bain
 
 v.
 
 Hunt,
 
 3
 
 Hawks
 
 572.)
 

 The second objection is, that debt will not lie against the surety, without joining the principal in the action with him.
 

 Laying aside any construction of the act of 1789
 
 (Rev. ch.
 
 314) which in its spirit tends to the severance of contracts, it’is
 
 to
 
 be observed, that in the present case, there was not a judgment against two, but a judgment against one, and a liability of another for the same debt as surety. They were botli bound, but not
 
 eodem modo.
 
 I therefore think, that an action may be brought againsteither.
 

 The third reason for arresting the judgment, is, that the Justice’s seal was not affixed to the warrant, judgment or stay, of execution, upon which the action is brought. Whatever force there might have been in this objection, if taken at an earlier stage.of the proceedings, it is sufficient now to say that it comes too'late. it would be against the order of pleading, and very inconvenient, to suffer an objection to the
 
 evidence
 
 to prevail, after a case lias been heard, and decided upon its merits. The reasons in arrest of judgment must be overruled and judgment entered for the Plaintiff.
 

 Per Curiam.-the Plaintiff. -Judgment reversed and judgment for